Case 5:16-cv-00457-DAE   Document 6   Filed 05/18/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALFRED VALENZUELA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-165 |
| | § | |
| BEXAR COUNTY JAIL, *et al*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER OF TRANSFER

This is a civil rights action filed by a state prisoner currently incarcerated at the Garza East Unit in Beeville, TX. (D.E. 1). In his complaint, Plaintiff challenges conditions relating to his confinement while in the custody of the Bexar County Jail. (D.E. 1, Pages 2-4). Specifically, Plaintiff alleges personnel at the Bexar County Jail failed to provide him adequate medical treatment.

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, all of the events about which Plaintiff complains occurred in Bexar County, Texas. (D.E. 1). None of the Defendants reside or are found in the Corpus Christi Division of the Southern District of Texas. Bexar County lies within the San Antonio Division of the Western District of Texas. 28 U.S.C. § 124(d)(4). Therefore, the interests of justice would be served by a transfer to the San Antonio Division of the Western District of Texas. Accordingly, it is **ORDERED** that this case be transferred to the United States District Court for the Western District of Texas, San Antonio Division.

ORDERED this 18th day of May, 2016.

*Jason Libby*
Jason B. Libby
United States Magistrate Judge